DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROSEMEIRI DA ROCHA CARVALHO CAETANO LIMA,** as Personal Representative of the Probate **ESTATE OF BRIAN A. WALLACE,**
Appellant,

v.

**REED SMITH, LLP,** and **LARS FORSBERG,**
Appellees.

No. 4D21-2134

[August 4, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack B. Tuter, Judge; L.T. Case No. CACE 19-13203 (07).

John A. Moffa of Moffa & Bierman, Fort Lauderdale, (withdrawn as counsel after filing brief), for appellant.

Zachary B. Dickens and James N. Robinson of White & Case LLP, Miami, for appellee Reed Smith, LLP.

Robert F. Reynolds of the Law Offices of Robert F. Reynolds, P.A., Fort Lauderdale, for appellee Lars Forsberg.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and CONNER, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***